TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

JUN 1 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ 14 ____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-00912-PHX-MTL (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing Firearms without a License) Count 1 |
| Cory Delane Donaldson, | | |
| Defendant. | | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) (Counts 2-8) |
| | | 18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning on or about April 30, 2024, and continuing through on or about October 2, 2024, in the District of Arizona, Defendant, CORY DELANE DONALDSON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

<u>**COUNTS 2-8**</u>

On or about the below listed dates, in the District of Arizona, Defendant, CORY DELANE DONALDSON, knowingly made a false statement and representation in connection with the acquisition of a firearm to Federal Firearms Licensee (FFL), which was intended and likely to deceive the FFL as to a fact material to the lawfulness of a sale of a firearm to the below listed FFLs, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, CORY DELANE DONALDSON, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant, CORY DELANE DONALDSON, knew that he was buying the firearm on behalf of another person to the following FFLs:

| Count | Date | FFL |
|---|---|---|
| 2 | April 30, 2024 | Northwest Armory Scottsdale |
| 3 | June 12, 2024 | Northwest Armory Scottdale |
| 4 | June 13, 2024 | Northwest Armory Scottsdale |
| 5 | June 17, 2024 | Scottsdale Gun Club |
| 6 | June 20, 2024 | Northwest Armory Scottsdale |
| 7 | June 27, 2024 | Northwest Armory Scottsdale |
| 8 | June 29, 2024 | Refiners Firearms |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**<u>FORFEITURE ALLEGATION</u>**

The Grand Jury realleges and incorporates the allegations in Counts 1-8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-8 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property

constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable to include but not limited to the following:

    a. One Marlin Firearms Co. 30 Rifle, CAL:30-30, SN: 24129420;

    b. One Smith & Wesson M&P 9 M2.0 Pistol, CAL:9, SN: NHH3975;

    c. One Beretta USA Corp 92FS Pistol, CAL:9, SN: A287634Z;

    d. One Mossberg 590 Shotgun, CAL:12, SN: v1584134;

    e. Savage 110 Rifle, CAL:338, SN: N644824;

    f. Sig Sauer (Sig-Arms) P365 X Macro Pistol, CAL:9, SN: 66G136823;

    g. Unknown Manufacturer Unknown Rifle, CAL: Unknown, SN: 422011;

    h. Taurus Raging Bull Revolver, CAL:480, SN: UG897044;

    i. Zev Technologies Inc. (Mega Arms) OZ9 Pistol, CAL:9, SN: ZF01101;

    j. Daniel Defense Inc. DDM4 Rifle, CAL: Multi, SN: DDM4536663;

    k. Shadow Systems, LLC MR920 Pistol, CAL:9, SN: SSC035214;

    l. Sig Sauer (Sig-Arms) P365 X Pistol, CAL:9, SN: 66F180774;

    m. Smith & Wesson 500 Revolver, CAL:500, SN: CJP3464; and,

    n. Colt M4A1 Rifle, CAL:556, SN: CR830680,

If any forfeitable property, as a result of any act or omission of the defendant including, but not limited to the following:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
_____
FOREPERSON OF THE GRAND JURY
Date:  June 17, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


S/
_____
SHEILA PHILLIPS
Assistant U.S. Attorney